UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEBREW,

Plaintiff,

v.

ALISHA BANDA,

Defendant.

Case No. 26-cv-08895-EMC

**ORDER RE INITIAL CASE MANAGEMENT CONFERENCE**

Plaintiff "Hebrew," proceeding pro se, has filed suit against Defendant Alisha Banda. His original and amended pleadings are not clear but seem to raise a complaint that video and documents related to an incident with the police have not been fully disclosed. An initial case management conference ("CMC") has been set for November 24, 2026. Because it appears that Hebrew has not yet served Ms. Banda, holding the CMC on that date would not be productive. The Court thereby continues the CMC to **February 23, 2027, at 1:30 p.m.**[1] The Court advises Hebrew that he needs to serve the summons and complaint on Ms. Banda before a CMC can be held – indeed, before this case can proceed at all.

To the extent Hebrew has asked for permission to use a pseudonym, *see* Docket No. 2, the Court **DEFERS** ruling on that request because Ms. Banda has not yet been served or appeared, and she must be given an opportunity to weigh in on the request for relief.

/ / /

[1] To the extent Hebrew has asked for hearings to be held after 5:30 p.m., *see* Docket Nos. 3, 8, the Court cannot accommodate that request. That is outside of Court hours. Hebrew may ask to make a remote appearance for hearings.

United States District Court
Northern District of California

United States District Court
Northern District of California

For Hebrew's benefit, the Court refers him to: (1) the District website which has information about representing oneself, *see* https://cand.uscourts.gov/representing-yourself; and (2) the Pro Se Handbook. *See* https://cand.uscourts.gov/representing-yourself/pro-se-handbook. The Bar Association of San Francisco may also be able to provide some legal assistance through its Legal Help Desk (San Francisco and Oakland). *See* https://cand.uscourts.gov/representing-yourself/free-legal-help-people-without-lawyers.

**IT IS SO ORDERED**.

Dated: November 4, 2026

EDWARD M. CHEN
United States District Judge